A. P. GRICE, TRUSTEE, AND R. M. WENDELL, v. AUBURN-ASHEVILLE COMPANY.

(Filed 21 March, 1934.)

(For digest see *Buncombe County v. Penland, ante,* 299.)

APPEAL by plaintiffs from *McElroy, J.,* at November Term, 1933, of BUNCOMBE. Affirmed.

*Carter & Carter for plaintiffs.*

CLARKSON, J. We see no error in the judgment of the court below. The remedy of plaintiffs was a motion in the cause. This whole controversy will be heard on its merits in the action, *Buncombe County v. Penland, ante,* 299. The judgment is

Affirmed.